**SO ORDERED.**

**Dated: July 26, 2018**



Benjamin Wright
Wright Law Offices
2999 N. 44th Street, Ste 600
Phoenix, AZ  85018
602-344-9695
480-717-3380 (fax)
bwright@wloaz.com
Attorney for the Debtor(s)

_____
**Madeleine C. Wanslee, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 13 |
|---|---|
|  | Case No. 2:18-bk-03072-MCW |
| SHAWN M. SCOTT, | ORDER GRANTING MOTION TO EXTEND TIME WITHIN WHICH TO COMPLY WITH TRUSTEE'S RECOMMENDATIONS AND TO SUBMIT STIPULATED ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN |
| Debtor(s). |  |

Debtor(s), Shawn M. Scott, having filed a Motion to Extend Time Within Which to Comply with Trustee's Recommendations and To Submit Stipulated Order Confirming Chapter 13 Plan. The Motion to Extend Time proposes to extend the time to submit documentation requested by Trustee and a Stipulated Order Confirming Chapter 13 Plan for 30 days. It appears that good cause exists and that it is in the best interests of all parties.

Therefore, it is hereby ORDERED:

1. That the deadline for Debtor to submit documentation requested by Trustee and a proposed Stipulated Order Confirming Debtors' Plan in this case is extended until August 17, 2018.

DATED AND SIGNED ABOVE

1